In the Matter of the Claim of PAULINE W. SMOLIN, Respondent, against AFRAL CORP. and GENERAL ACCIDENT, FIRE AND LIFE ASSURANCE CORP., Appellants. STATE INDUSTRIAL BOARD, Respondent.— This is an appeal from an award made

by the State Industrial Board for death benefits to the widow and minor children. The proof in the case is that the decedent suffered accidental injuries arising out of and in the course of his employment which finally resulted in his death. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.